[Filed November 4, 1889.]

RICHARD WILLIAMS, Respondent, v. THE CITY OF EAST PORTLAND, Appellant.

APPEAL from the circuit court for Multnomah county.

STRAHAN, J.—Upon the authority of *Ladd* v. *The City of East Portland*, this day decided, the judgment in this case is affirmed.

18a 307
22 568
22 1061
30° 431

18a 307
f29 104

18a 307
f33 115
f33 370

18a 307
37 89

18 307
Case 1
43 32

18 307
Case 1
48 489

[Filed January 6, 1890.]